



FILED
VICKIE EDGERLY
'15 JAN -8 A11 :44
DISTRICT CLERK
ORANGE COUNTY, TEXAS

# COURT OF CRIMINAL APPEALS

## MANDATE RECEIPT ACKNOWLEDGEMENT

Monday, January 05, 2015

Case Number PD-1545-13

BRISTER, MARK RANDALL

COA No. 09-12-00247-CR   Tr. Ct. No. A-090719-R

Orange County, 128th District Court

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, _Jennifer Fleming_ ,
hereby acknowledge receipt of the mandate of the Court of Criminal
Appeals on ___1·8·15___ in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

**ATTN: ABEL ACOSTA**